(January 25, 1971)

■ DENISE BALSAM, an Infant, by FRANCES BALSAM, Her Parent and Natural Guardian, et al., Respondents, v. FRANK NICOLOSI BUILDING CO., INC., et al., Defendants, and MOLLOY & MURRAY CONTRACTING CO., Appellant.—

Hopkins, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.